**Debora FORESTER, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 75739.**

Missouri Court of Appeals,
Western District.

July 23, 2013.

Debora Forester, Yucaipa, CA, appellant pro se.

Robert A. Bedell, Jefferson City, MO, for respondent.

Before Division Three: JOSEPH M. ELLIS, Presiding Judge, LISA WHITE HARDWICK and CYNTHIA L. MARTIN, Judges.

### ORDER

PER CURIAM.

Debora Forester appeals from an order of the Labor and Industrial Commission that denied her claim for unemployment benefits. She contends the Commission erred in determining that she voluntarily quit her employment with Tyson Chicken, Inc. without good cause attributable to her

work or her employer. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the Commission's order.

AFFIRMED. Rule 84.16(b).